■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEXTER TAYLOR, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Belfi, J.), imposed March 14, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Thompson, Sullivan, Eiber and Ritter, JJ., concur.